IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONGSHENG HUANG, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 12-0035 |
| | § |
| ADMINISTRATIVE REVIEW BOARD | § |
| U.S. DEPARTMENT OF LABOR, | § |
| | § |
| Defendant. | § |

**ORDER**

The Motion to Supplement filed by the plaintiff, Dongsheng Huang, (Docket Entry No. 11), is granted. The new facts and causes of action are deemed incorporated into the complaint filed on February 1, 2012. The Motion for Extension of Time to File Any Required Answer or Responsive Pleading to the Petition for Review filed by the defendant, the Administrative Review Board of the United States Department of Labor, (Docket Entry No. 12), is also granted. The defendant has until **April 9, 2012** to file an answer or responsive pleading to the plaintiff's Petition for Review filed on January 9, 2012, and to the complaint filed on February 1, 2012 and supplemented on February 9, 2012. This grant of an extension of time is without prejudice to the defendant and is not a waiver of its defenses.

SIGNED on March 12, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge