IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONGSHENG HUANG, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-0035 |
| | § | |
| ADMINISTRATIVE REVIEW BOARD | § | |
| OF THE UNITED STATES | § | |
| DEPARTMENT OF LABOR, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADMINISTRATIVELY CLOSING CASE**

For the reasons stated on the record during the court's May 1, 2012 hearing, this case is administratively closed. Within 45 days of the final agency decision by the respondent, the Administrative Review Board of the United States Department of Labor, the petitioner, Dongsheng Huang, may move to reinstate this case to this court's active docket. The motion must be accompanied by a statement that Huang does not intend to pursue further review before the Administrative Review Board. Huang must send a copy of the motion to the respondent.

All pending motions, (Docket Entry Nos. 16, 19, 22, 26), are denied, without prejudice, as moot. The motions may be refiled, if appropriate, once the case is reinstated.

The respondent must send a copy of this order to Ultimo Software Solutions, Inc.

A related case is pending before the Hon. Paul Singh Grewal in the U.S. District Court for the Northern District of California, San Jose Division, in 5:12-cv-00785-PSG, *Dongsheng Huang v. Ultimo Software Solutions, Inc.* Because this order may affect that court's resolution of that case,

this court will provide a copy of this order to Judge Grewal.

       SIGNED on May 3, 2012, at Houston, Texas.

                                                  Lee H. Rosenthal
                                          United States District Judge