**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DONGSHENG HUANG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 12-0035 |
| | § | |
| ADMINISTRATIVE REVIEW BOARD | § | |
| U.S. DEPARTMENT OF LABOR, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with this court's Memorandum and Opinion of today's date, the defendant's motion to dismiss is granted. This suit is dismissed with prejudice.

SIGNED on August 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge